UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

JESSICA FLORES,                                          Case No. 8-20-72020

                              Debtor.                            Chapter 7
-------------------------------------------------------------x

## DECLARATION OF DEBTOR REGARDING PAYMENT ADVICES

Jessica Flores, the above-captioned debtor, hereby declares as follows:

1. Bankruptcy Code Section 521 requires consumer debtors to file payment advices reflecting the income received by an employer in the 60 days preceding the filing of a bankruptcy petition. Attached are the paystubs I received during that period.

2. I swear under penalty of perjury that the foregoing is true and accurate.

Dated: May 21, 2020
         Astoria, New York

                                                                           */s/ Jessica Flores*
                                                                        Jessica Flores



535 East 70th Street
New York, NY  10021

JPMorgan Chase Bank, N.A.
4 Chase MetroTech Center
New York, NY  11245
1-2/210

DATE: 04-10-20        ADVICE NO: 01670258

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

Pay to the Order Of:
Jessica M Flores
78 Whitehouse Avenue
Roosevelt, NY  11575

**NON-NEGOTIABLE**

---

Hospital for Special Surgery
535 East 70th Street
New York, NY 10021
212.606.1115
www.hss.edu

| | |
|---|---|
| ADVICE NO: | 01670258 |
| ADVICE DATE: | 04/10/2020 |
| PERIOD BEGIN: | 03/22/2020 |
| PERIOD ENDING: | 04/04/2020 |
| PAY FREQUENCY: | Biweekly |

Flores, Jessica M.
78 Whitehouse Avenue
Roosevelt, NY  11575

ID NUMBER: 207963
DEPT #: 1734
USER LEVEL: 260

| | STATUS | EXEMPT | TAX ADJUSTMENTS |
|---|---|---|---|
| FED: | S | 0 | 0.00 |
| ST1: | S | 0 | 0.00 |
| LOCAL: | | | 0.00 |

### HOURS AND EARNINGS

| DESCRIPTION | RATE | CURRENT HOURS | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| Regular | 39.3642 | 70.00 | 2755.49 | | |
| Straight OT | 39.3642 | 0.50 | 19.68 | | |
| TOTAL H/E | | 70.50 | 2775.17 | | 24400.87 |

### NON-PAID TAXABLE WAGES

| DESCRIPTION | RATE | CURRENT HOURS | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| Grp Term Life | 0.2300 | | 0.23 | | |
| TOTAL H/E | | | 0.23 | | 8.11 |

### PRE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | Y-T-D |
|---|---|---|
| DEN OPT | 17.64 | 123.48 |
| GuardVis | 3.17 | 22.19 |
| UHC LowP | 68.87 | 482.09 |
| TRNSCHK | 130.00 | 910.00 |
| Pre-Tax: | 219.68 | 1537.76 |
| Total: | 2555.72 (70.50) | 22871.22 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal | 368.13 | 3485.17 |
| SS-EE | 158.46 | 1418.02 |
| Med-EE | 37.06 | 331.63 |
| NY W/H | 128.25 | 1175.37 |
| SDI | 1.20 | 9.60 |
| NY-FAM | 7.49 | 65.90 |
| Total Tax | 700.59 | 6485.69 |

### AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | Y-T-D |
|---|---|---|
| ADDOPT | 2.85 | 19.95 |
| LIFE SUP | 14.25 | 99.75 |
| LTD OPT | 5.28 | 36.96 |
| CritclIl | 4.20 | 29.40 |
| After Tax: | 26.58 | 186.06 |

### ACCRUALS

| DESCRIPTION | AMOUNT |
|---|---|
| BTA Accrual | 62.87 |
| BTO Front Load | 208.25 |
| Sick Balance | 89.57 |

### CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| xxxxxx3083 | 1828.32 |
| CHECK AMOUNT | 0.00 |
| TOTAL CURRENT NET PAY: | 1828.32 |

| | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | REIMB | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 2,775.40 | 219.68 | 2,555.72 | 700.59 | 26.58 | 0.00 | 1,828.32 |
| Y-T-D | 24,408.98 | 1,537.76 | 22,871.22 | 6,485.69 | 186.06 | 0.00 | 16,191.36 |



535 East 70th Street
New York, NY 10021

JPMorgan Chase Bank, N.A.
4 Chase MetroTech Center
New York, NY 11245
1-2/210

DATE: 04-24-20  ADVICE NO: 01676973

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

Pay to the Order Of:
Jessica M Flores
78 Whitehouse Avenue
Roosevelt, NY 11575

**NON-NEGOTIABLE**

---

Hospital for Special Surgery
535 East 70th Street
New York, NY 10021
212.606.1115
www.hss.edu

| | |
|---|---|
| ADVICE NO: | 01676973 |
| ADVICE DATE: | 04/24/2020 |
| PERIOD BEGIN: | 04/05/2020 |
| PERIOD ENDING: | 04/18/2020 |
| PAY FREQUENCY: | Biweekly |

Flores, Jessica M.
78 Whitehouse Avenue
Roosevelt, NY 11575

ID NUMBER: 207963
DEPT #: 1734
USER LEVEL: 260

| | STATUS | EXEMPT | TAX ADJUSTMENTS |
|---|---|---|---|
| FED: | S | 0 | 0.00 |
| ST1: | S | 0 | 0.00 |
| LOCAL: | | | 0.00 |

### HOURS AND EARNINGS

| DESCRIPTION | RATE | CURRENT HOURS | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| Regular | 39.3642 | 63.00 | 2479.94 | | |
| Sick | 39.3642 | 7.00 | 275.55 | | |
| TOTAL H/E | | 70.00 | 2755.49 | | 27156.36 |

#### NON-PAID TAXABLE WAGES

| Grp Term Life | 0.2300 | | 0.23 | | |
|---|---|---|---|---|---|
| TOTAL H/E | | | 0.23 | | 8.34 |

#### PRE-TAX DEDUCTIONS

| DEN OPT | | | 17.64 | | 141.12 |
|---|---|---|---|---|---|
| GuardVis | | | 3.17 | | 25.36 |
| UHC LowP | | | 68.87 | | 550.96 |
| TRNSCHK | | | 130.00 | | 1040.00 |
| Pre-Tax: | | | 219.68 | | 1757.44 |
| Total: | | 70.00 | 2536.04 | | 25407.26 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal | 363.80 | 3848.97 |
| SS-EE | 157.23 | 1575.25 |
| Med-EE | 36.78 | 368.41 |
| NY W/H | 127.05 | 1302.42 |
| SDI | 1.20 | 10.80 |
| NY-FAM | 7.44 | 73.34 |
| Total Tax | 693.50 | 7179.19 |

#### AFTER-TAX DEDUCTIONS

| ADDOPT | 2.85 | 22.80 |
|---|---|---|
| LTD OPT | 5.28 | 42.24 |
| LIFE SUP | 14.25 | 114.00 |
| CritcIII | 4.20 | 33.60 |
| After Tax: | 26.58 | 212.64 |

### ACCRUALS

| DESCRIPTION | AMOUNT |
|---|---|
| BTA Accrual | 70.94 |
| BTO Front Load | 208.25 |
| Sick Balance | 85.80 |

### REIMBURSEMENTS

### CURRENT NET PAY DISTRIBUTION

| xxxxxx3083 | 1815.73 |
|---|---|
| CHECK AMOUNT | 0.00 |
| TOTAL CURRENT NET PAY: | 1815.73 |

| | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | REIMB | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 2,755.72 | 219.68 | 2,536.04 | 693.50 | 26.58 | 0.00 | 1,815.73 |
| Y-T-D | 27,164.70 | 1,757.44 | 25,407.26 | 7,179.19 | 212.64 | 0.00 | 18,007.09 |



535 East 70th Street
New York, NY  10021

JPMorgan Chase Bank, N.A.
4 Chase MetroTech Center
New York, NY  11245
1-2/210

DATE:  05-08-20    ADVICE NO:  01682268

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

Pay to the Order Of:    Jessica M Flores
78 Whitehouse Avenue
Roosevelt, NY  11575

**NON-NEGOTIABLE**

---

**HSS** Hospital for Special Surgery
535 East 70th Street
New York, NY 10021
212.606.1115
www.hss.edu

| | |
|---|---|
| ADVICE NO: | 01682268 |
| ADVICE DATE: | 05/08/2020 |
| PERIOD BEGIN: | 04/19/2020 |
| PERIOD ENDING: | 05/02/2020 |
| PAY FREQUENCY: | Biweekly |

Flores, Jessica M.
78 Whitehouse Avenue
Roosevelt, NY  11575

ID NUMBER:  207963
DEPT #:  1734
USER LEVEL:  260

| | STATUS | EXEMPT | TAX ADJUSTMENTS |
|---|---|---|---|
| FED: | S | 0 | 0.00 |
| ST1: | S | 0 | 0.00 |
| LOCAL: | | | 0.00 |

### HOURS AND EARNINGS

| DESCRIPTION | RATE | CURRENT HOURS | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| Sick | 39.3642 | 70.00 | 2755.49 | | |
| **TOTAL H/E** | | **70.00** | **2755.49** | | **31161.85** |

### NON-PAID TAXABLE WAGES

| DESCRIPTION | RATE | CURRENT HOURS | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| Grp Term Life | 0.2300 | | 0.23 | | |
| **TOTAL H/E** | | | **0.23** | | **8.57** |

### PRE-TAX DEDUCTIONS

| DESCRIPTION | | | CURRENT | | Y-T-D |
|---|---|---|---|---|---|
| DEN OPT | | | 17.64 | | 158.76 |
| GuardVis | | | 3.17 | | 28.53 |
| UHC LowP | | | 68.87 | | 619.83 |
| TRNSCHK | | | 130.00 | | 1170.00 |
| Pre-Tax: | | | 219.68 | | 1977.12 |
| **Total:** | | **70.00** | **2536.04** | | **29193.30** |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal | 363.80 | 4487.77 |
| SS-EE | 157.23 | 1809.98 |
| Med-EE | 36.77 | 423.30 |
| NY W/H | 127.05 | 1549.72 |
| SDI | 1.20 | 12.00 |
| NY-FAM | 7.44 | 84.16 |
| **Total Tax** | **693.49** | **8366.93** |

### AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | Y-T-D |
|---|---|---|
| LTD OPT | 5.28 | 47.52 |
| ADDOPT | 2.85 | 25.65 |
| LIFE SUP | 14.25 | 128.25 |
| CritcIll | 4.20 | 37.80 |
| After Tax: | 26.58 | 239.22 |

### ACCRUALS

| DESCRIPTION | AMOUNT |
|---|---|
| BTA Accrual | 79.02 |
| BTO Front Load | 208.25 |
| Sick Balance | 19.03 |

### REIMBURSEMENTS

### CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| xxxxxx3083 | 1815.74 |
| CHECK AMOUNT | 0.00 |
| **TOTAL CURRENT NET PAY:** | **1815.74** |

| | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | REIMB | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 2,755.72 | 219.68 | 2,536.04 | 693.49 | 26.58 | 0.00 | 1,815.74 |
| Y-T-D | 31,170.42 | 1,977.12 | 29,193.30 | 8,366.93 | 239.22 | 0.00 | 20,578.58 |